IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

AUG 2 6 2016

AT BALTIMORE
CLE?? ?S D?? ?T COURT
D??R??? MARYLA??

DEPUTY

███████ UNITED STATES
V.

DARYL DAVIS

\*
\*
\*
\*
\*
\*
\*
\*

Case No. RDB-16-0042

## MOTION FOR RECOSIDERATION AND
## CROSS EVIDENCE 18 USC 3553.

Petitioner Defendant The Posture Defendant Here by To The Honorable
Court And Judge May Reconsider Overview The Defendant
Was Charged By 18 USC 922 (9).
Discussion And Therefore The Defendant Under F.R C P. 4.
Request The Warrant Concerning On This Issue And
Warrant FRCP. 4 (B) (c). And FRCP. 4 (e) (3) And FRCP. 5
(3) And Before The Defendant Was Made Agreement With
The U.S. Attorney But By The Circumstance OF The
Enecffecia ● OF The Counsel Under 6th Amend. And The 8th
Amend Request To The Court Regardless On This Matter
Because The Prior Was Old And Accordly To Federal
Guideline Must Be Made In Consideration Of This Litigation
Under The FDRPcm 12. And Circumstance The District Court
Confronted By A Petitioner Establishes A Prima Face Case
For Relief May Use Or Authorize The Use OF Suitable
Discovery And Expanding The Record And FRP.C. 7 (c)

Review And Attach The Statement And Fact

12.4 Federal Rule Criminal.

The Defendant Has Received Significant Over Several Year's From Informed Approach And Used To Determine Of Enhacement Under The Existin Guideline Is Overly Complex And Often Leads To Litigation. See Generally United States Vs. Taylor 495 U.S. 575 (1990). Now Under New Federal Guideline Sentence 2016 May See Booker And Reduction Of Sentence And The Acc Went Jonhson V.s. United States In The Supreme Court Review The Factor And Midigation Concerning The Prior Where Was Past more The 15th Year's Ago. U6S 5. See Sent Comm N. Recidivism Among Federal Offender Comprehensive Overview 2016 And Factor 2K 2.1

44.1 Defendant Under The Constitution Law. 8th 6th 4th And 14th Amend. And The Article III Section 1-3 And Not Discrimination An The I Amend To Disclose The Statement Which You Honorable Court He Under The Federal Rule 1 Criminal 34.1. And Under 1 Amend Express And Request To The Honorable Court Reconsider And Grant granted May Also See United States VS. Matlock 415 US 164. (1974) And United States VS. Gall And The 4th Circuit Appeals And Anderson VS. Booker Of The Supreme Court (1990) And The New Amend Of The Federal Guideline 2016 For Batter Program And Volcational Trayne The Fact It Is The Court And The Honorable See The Novo And Review The Prior Which

I Was Submitted To Baltimore City. To Dismiss And Speedy Triel Of 90 Days. Accordly The Guideline Of The State Of Maryland And Marit To Reduction Of Sentence And New Agreement After Review Of Thee Case And The. EFF To Marit To Be Better Represstation Ligal And Methale And Understand The Rights To Be Represst And Better Offer.

Under The 28 USC 1746 I' Submitted And Mail And Copy To United States Court House. MD And The State Of Maryland Baltimore City. Regardly Of The Postconviction.

Sincerely. Daryl Davis

Daryl Davis #1681381

401 E. Madison st

Baltimore Md 21202

Daryl Davis

Date: 8-14-16