9-19-16

To The Honorable Judge Bennett

Your Honor I Am Writing To You Because During My Plea Arraignment, You Mentioned That IF Anything Did Not Go Right With My Parole/Probation That I Had The Opportunity To Withdraw My Plea. I Made It Very Clear To Attorney Szekely That I Would Sign That Plea Only IF I Did Not Have To Worry About Parole/Probation. However, I Feel That Attorney Szekely Misled And Coerced Me Into Signing The Plea. I Signed The Plea July 12, 2016. On The Same Day Believing That I Did Not Have To Worry About Parole/Probation. Once I Received My PSI Report, I Noticed That I Had A Detainer, Something Attorney Had Told Me Not Worry About. I Now Am In Danger Of Getting Sent To A Higher Security Prison Once I Am Sentenced. I Would Like To Withdraw My Plea. In The Event That I Cannot Withdraw It, I Ask Your Honor Can My Sentencing Can Be Postponed Until Such Time That Attorney Szekely Can Resolve This Issue With Parole/Probation.

RECEIVED
IN THE CHAMBERS OF
RICHARD D. BENNETT
SEP 2 2 2016
UNITED STATES DISTRICT COURT

SINCERELY,
Daryl Davis #1681381
401 E. MADISON St
BALTIMORE MD 21202
DARYL DAVIS