# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| | : | CRIMINAL NO. RDB 16-0092 |
| v. | : | |
| | : | |
| DARRYL DAVIS | : | |

## ORDER FOR DISMISSAL

On March 10, 2016, the defendant in the above captioned case was charged in a one-count indictment with possession of a firearm after a prior felony conviction in violation of 18 U.S.C. § 922(g). After a further examination of the evidence, the Government believes that dismissal of the case against the defendant is appropriate. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses without prejudice the indictment filed against Darryl Davis in the above captioned case.

        Rod J. Rosenstein
        United States Attorney


        By  _____/s/_____
        Clinton J. Fuchs
        Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.

_____                        _____
Date                                                          Honorable Richard D. Bennett
                                                           United States District Judge

---

**Advice to U.S. Marshal**: 1. Defendant is in federal custody.